IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEANNA BETRAS,<br><br>        Plaintiff,<br><br>    v.<br><br>TOM OLIVER, FRANK CAROLLA,<br><br>        Defendants. | Case No. 2:22-CV-00527-CCW |

**PLAINTIFF'S MOTION FOR
DEFAULT JUDGEMENT AGAINST DEFENDANT TOM OLIVER**

Plaintiff, Deanna Betras ("Plaintiff"), by and through her undersigned counsel, requests that this Court enter a default judgment against Tom Oliver ("Defendant Oliver"), in the amount of $29,654.03. In support, Plaintiff states the following:

1. Plaintiff filed a putative class action complaint on April 5, 2022, against Defendant Oliver and Frank Carolla ("Defendant Carolla"; together with Defendant Oliver, "Defendants"), alleging that Defendants violated the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), the Pennsylvania Wage Payment and Collection Law, 43 Pa. C.S. § 206.1, and common law. ECF 1.

2. On April 6, 2022, the Clerk of Court issued a summons as to Defendants. ECF 2.

3. On April 27, 2022, Plaintiff served summons and Complaint on Kara Martin, at Defendant Oliver's residence or usual place of abode, by personal service. On April 27, 2022, Plaintiff served summons and Complaint on Defendant Carolla at his residence or usual place of abode, by personal service. *See* Summons/Return of Service Returned Executed at ECF 10.

4. Defendants' Answer to Plaintiff's putative class action Complaint was due on or before May 18, 2022. *See* ECF 10.

5. On May 11, 2022, attorneys John Smith, Jennifer L. Schiavoni, and Kendra L. Smith, entered Notices of Appearance on behalf of Defendant Carolla. *See* ECFs 11, 12, 13.

6. Mr. Carolla filed his Answer and Affirmative Defenses to Plaintiff's Complaint on July 1, 2022. ECF 15.

7. On November 16, 2022, Plaintiff notified the Court that she had reached an agreement to settle her claims against Defendant Carolla. *See* Notice at ECF 26.

8. On December 16, 2022, pursuant to the terms of settlement, Plaintiff and Defendant Carolla submitted a stipulation to dismiss Plaintiff's claims against Defendant Carolla. ECF 28.

9. To date, no attorneys have entered appearances as counsel for Defendant Oliver. Defendant Oliver has failed to plead or otherwise defend against Plaintiff's class action Complaint.

10. On July 8, 2022, Plaintiff requested entry of default against Defendant Oliver in this matter. ECF 17.

11. On July 8, 2022, Defendant Oliver was served with Plaintiff's Request for Entry of Default via FedEx. *See* Return of Service, attached hereto as Exhibit 1.

12. On July 11, 2022, the Clerk entered the Default as to Defendant Oliver. ECF 20.

13. Plaintiff worked at Filly, the adult entertainment club owned and operated by Defendant Oliver and Defendant Carolla beginning in August 2007. Due to the COVID-19 pandemic, Defendants' club was closed on or around March 18, 2020. Plaintiff ceased working for Defendants on or about May 2021, during the period in which Filly was closed.

14. Therefore, the number of hours worked for purposes of calculating total amount of uncompensated time during the applicable three-year statute of limitations, reflects the period from April 5, 2019 to March, 18, 2020.

15. Plaintiff typically worked from 6:30 pm to 2:00 am each Wednesday and Thursday, and 6:30 pm to 3:00 am each Friday, Saturday, and Sunday.

16. Plaintiff is abandoning her class and collective action claims and instead seeks default judgment against Defendant Oliver solely as to her individual claims as set forth in her Complaint.

17. Plaintiff also waives her right to request recovery of attorneys' fees pursuant to FLSA § 216(b) and seeks entry of default judgment to recover unpaid minimum wages for hours Plaintiff worked and unpaid overtime wages for all hours Plaintiff worked in excess of forty hours per week, as well as costs associated with the filing of this action.

18. Plaintiff seeks damages in the amount of $ 28,953.12.

|  | Hours Worked per Week | Wage | Weekly Pay | Weeks Worked | Damages | Liquidated Damages under FLSA (100%) |
|---|---|---|---|---|---|---|
| Regular Hours | 40 | $ 7.25 | $ 290.00 | 49 | $ 14,210.00 | $ 14,210.00 |
| Overtime Hours | 0.5 | $ 10.88 | $ 5.44 | 49 | $ 266.56 | $ 266.56 |
|  |  |  |  |  | Total Lost Wages | Total Damages Requested under FLSA |
|  |  |  |  |  | $ 14,476.56 | $ 28,953.12 |

19. Plaintiff's costs associated with this matter are $700.91 (*see* Exhibits 1 and 2, attached to Pollock-Avery Decl.):

3

| Date | Purpose | Cost |
|---|---|---|
| Apr. 5, 2022 | Complaint, filing fee | $ 402.00 |
| May 10, 2022 | Service Fee | $ 298.91 |
| | | Grand Total: $ 700.91 |

20.     Upon information and belief, Defendant is not an incompetent person, an infant, or a member of the military service of the United States.

Wherefore, Plaintiff hereby humbly requests that the Court enter a default judgment in the amount of $ 29,654.03, inclusive of compensatory damages and liquidated damages, and costs.

Dated: January 9, 2023                                     Respectfully submitted,


*/s/ Elizabeth Pollock-Avery*
Edwin J. Kilpela
Elizabeth Pollock-Avery
Kenneth A. Held
**LYNCH CARPENTER, LLP**
1133 Penn Ave, 5th Floor
Pittsburgh PA, 15222
Tel:    (412) 322-9243
ekilpela@lcllp.com
elizabeth@lcllp.com
ken@lcllp.com

***Attorneys for Plaintiff***